# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL KIDDER, | Civil Action File No. |
| Plaintiff, | |
| v. | _____ |
| SPRINGLEAF FINANCIAL SERVICES, INC., | |
| Defendant. | |

## NOTICE OF REMOVAL

Subject to and without waiving its right to compel arbitration, Defendant Springleaf Financial Services, Inc. ("Springleaf") hereby gives notice of the removal of this action from the Magistrate Court of Fulton County, Georgia, pursuant to 28 U.S.C. §§ 1441 and 1331. The grounds for this removal are as follows:

1.      Plaintiff commenced this action as an original proceeding in the Magistrate Court of Fulton County, Georgia, on November 3, 2014, and Springleaf was served with the summons and Statement of Claim on November 5, 2010.  A copy of all pleadings, process and orders received by Springleaf is attached to this Notice of Removal as Exhibit "A".

2.     This removal has been effected within 30 days of receipt by Springleaf of service of the Complaint in this action, and this removal is therefore timely under 28 U.S.C. § 1446(b).

3.     The United States District Court for the Northern District of Georgia is the proper place to file this Notice of Removal under 28 U.S.C. § 1441 because it is the federal district court that embraces the place where the original action was filed and is pending

4.     Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This Court has original jurisdiction here pursuant to 28 U.S.C. § 1331 because it is apparent on the face of Plaintiff's Statement of Claim that this action arises under Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (Statement of Claim at 1.)

5.     Concurrently with this Notice of Removal, Springleaf will file a copy of this Notice with the Magistrate Court of Fulton County and serve a copy on Plaintiff, as required by 28 U.S.C. § 1446.

Respectfully submitted this 5th day of December, 2014.

*s/ John K. Larkins III*
John K. Larkins III
Ga. Bar No. 438417

Chilivis, Cochran, Larkins & Bever, LLP
3127 Maple Drive, N.E.
Atlanta, GA 30305
404-233-4171 (phone)
404-261-2842 (fax)
jake.larkins@cclblaw.com

*Attorneys for Defendant Springleaf Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2014, the foregoing NOTICE OF REMOVAL was served on Plaintiff by depositing a copy of same in the United States mail, in a properly addressed envelope, with adequate postage thereon:

>Cheryl Kidder
>P.O. Box 317
>Lebanon, GA 30146

>>*s/ John K. Larkins III*
>>John K. Larkins III
>>Ga. Bar No. 438417

Chilivis, Cochran, Larkins & Bever, LLP
3127 Maple Drive, N.E.
Atlanta, GA 30305
404-233-4171 (phone)
404-261-2842 (fax)
jake.larkins@cclblaw.com

*Attorneys for Defendant Springleaf Financial Services, Inc.*