**MAGISTRATE COURT OF FULTON COUNTY**
185 Central Ave., S. W., Suite TG700, Atlanta, GA 30303

Plaintiff: Cheryl Kidder
P.O. Box 317
Lebanon, GA 30146
Name, Street Address, City/State, Zip Code
Telephone Number: (   )

DO NOT WRITE IN THIS SPACE

14MS014420

versus

Defendant:
Springleaf Financial Serv. Cos, Inc.
R/A: CT-Corporation System
1201 Peachtree St, NE,
Atlanta, GA 30361
Name, Street Address, City/State, Zip Code

Plaintiff's Attorney:
Pro Se,
Cheryl Kidder
P.O. Box 317
Lebanon, GA 30146
Name/Address/Zip Code/Phone No.

2014 NOV -3 AM 2:35
FILED IN OFFICE
CHERYL B. ___ CLERK/STATE COURT OF FULTON COUNTY GEORGIA

## STATEMENT OF CLAIM

Type of Suit:  ☐ Account  ☐ Contract  ☐ Note  ☒ Tort  ☐ Trover  ☐ Personal Injury

1. Defendant named resides in Fulton County and is subject to the jurisdiction of this Court.
2. Defendant is indebted to Plaintiff in the sums of $ 14,500.00 principal, $ _____, interest, _____ attorney fees and $ _____ costs to date as follows:
(State your claim here) Violation of Fair Debt Collection Reporting Act, FDCPA, Fair Business Act, including punitive charges— unable to refinance car, now I'm upside down, turned down for my glasses and unable to qualify for my student loan. Please set court date. Thank you.
3. WHEREFORE, Plaintiff demands judgment against Defendant in the amounts as alleged in paragraph 2 herein.

STATE OF GEORGIA, FULTON COUNTY:
After being duly sworn on oath, says the foregoing is a just and true statement of the amounts owing by Defendant to Plaintiff, exclusive of all setoffs and just grounds of defense.

Sworn to and subscribed before me, this _____

Cheryl Kidder
Plaintiff's Signature

A. Sueyns
Deputy Clerk or Notary Public

REC FC MARSHALL '14 NOV 04 AM 10:41

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby required to file with the Clerk of said Court and to serve a copy on Plaintiff or Plaintiff's Attorney, an answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action.

Your answer may be filed in writing or may be given orally (in person) to the Court. If you mail in your answer it must be notarized. Upon receipt of your answer a hearing date will be set and you will be notified by mail. At said hearing, bring your witnesses, books, receipts or other writings bearing on your claim or defense. Failure to appear at the time of hearing my result in judgment being entered against you.

SERVED: 5 / Nov , 14

Frank Bush 409
Deputy Marshal

A. Sueyns _____ Deputy Clerk

*You may file an answer at one of these Locations:*
185 Central Avenue, S.W., Room TG700
North Annex: 7741 Roswell Road, Room 231
South Annex: 5600 Stonewall-Tell Road, Room 213

14-158-1199